**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-CV-02880

JOHN DOE,
JANE DOE,
MARY DOE,

    Plaintiffs,
v.

DA'JON TYRIK JAMES,
THE ALEXANDER DAWSON SCHOOL, LLC,

    Defendants.

---

**NOTICE OF REMOVAL**

---

Defendant, The Alexander Dawson School, LLC ("Defendant"), by and through its attorneys of record, Treece Alfrey Musaty P.C., without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure, hereby gives notice of the removal of this civil action from the District Court, Boulder County, State of Colorado, to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441 *et seq*. The grounds for removal are as follows:

    1.    On September 30, 2021, a civil action captioned John Doe, et al. v. Da'jon Tyrik James and The Alexander Dawson School, LLC, Civil Action No. 2021CV30726, (the "State Court Action"), was filed in the District Court of the State Court in Boulder County.

    2.    Copies of all papers filed in the State Court Action, which consist of the **Exhibit 1** -Complaint and Jury Demand, **Exhibit 2** -Civil Case Cover Sheet, and **Exhibit**

**3** -Return of Service, are attached hereto.  The Complaint was the initial pleading setting forth the claims for relief upon which this civil action is based, and no other proceedings have occurred in the State Court Action.

3. The State Court Action is one over which this Court has original diversity jurisdiction under the provisions of 28 U.S.C. § 1332(a), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 *et seq.* in that:

(a) Plaintiffs, John Doe, Jane Doe, and Mary Doe ("Plaintiffs"), are residents of the State of Colorado. **Ex. 1** ¶ 1-2.

(b) Defendant, The Alexander Dawson School, LLC, is a Nevada Limited Liability Company and non-profit, with its principal place of business located in Boulder County, Colorado. *Id.* ¶ 4.

4. Based upon the allegations pleaded in the State Court Action complaint, the Civil Case Cover Sheet, and Defendant's pre-litigation communications with Plaintiffs' counsel concerning the scope of alleged injuries and damages, the amount Plaintiffs place in controversy in this action exceeds the sum of $75,000.00, exclusive of interest and costs. See **Ex.** 2.  As a result, original jurisdiction exists in the federal courts under 28 U.S.C. § 1332.

5. Removal to this District is proper under 28 U.S.C. § 1441 because it embraces the place where the action is pending.

6. The State Court Action was served on Defendant's registered agent in Colorado on October 6, 2021.  See Exhibit 3.  This Notice of Removal, pursuant to 28

U.S.C. § 1446(b), is being filed within thirty days of when defendant received a copy of the initial summons and complaint.

7. Correct copies of the Notice of Removal with accompanying exhibits and separate Notice to State Court of Removal of Civil Action have been served upon Plaintiff's counsel and filed with the clerk of the District Court of the State of Colorado, County of Denver, in accordance with the provisions of 28 U.S.C. § 1446(d).

8. In filing this notice, Defendant does not waive any defenses available to it in this action, including objections to sufficiency of service and process.

FOR THESE REASONS, Defendant, The Alexander Dawson School, LLC, respectfully gives Notice of Removal from the District Court, County of Boulder, State of Colorado to this Court in accordance with the foregoing statutory provisions.

Dated this 26th day of October, 2021.

          *s/ Paul E. Collins*
          Paul E. Collins
          Rachelle J. Veikune
          TREECE ALFREY MUSAT P.C.
          633 17th Street, Suite 2200
          Denver, CO 80202
          Telephone: 303-292-2700
          Facsimile: 303-295-0414
          Email: pcollins@tamlegal.com
          Email: rveikune@tamlegal.com
          *Attorneys for Defendant, The Alexander Dawson School, LLC*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 26th day of October, 2021, I served the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record to their CM/ECF-registered email addresses:

Aaron Belzer, Esq. - aaron@burnhamlaw.com
JP Prentiss, Esq. - jp@burnhamlaw.com
Ashlee Hoffmann, Esq. - ashlee@burnhamlaw.com
Burnham Law
*Attorneys for Plaintiffs*

               *s/ Victoria Reimche*
               Victoria Reimche