# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1. and 28 U.S.C. § 1446(a).

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal.

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal.

| Plaintiffs | Defendants |
|---|---|
| 1. John Doe | 1. The Alexander Dawson School |
| 2. Jane Doe | 2. DaJon Tyrik James |
| 3. Mary Doe | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |

### Section C - Pending State Court Motions As of Date of Removal

| Title of State Court Motion | Date Motion Filed |
|---|---|
| 1. None | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

### Section D - Scheduled State Court Hearings As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| 1. None | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Signature
Paul E. Collins
Printed Name
Telephone Number (303) 292-2700
Date October 26, 2021
State Court Case Number 2021CV30726

(Rev 11/08/2010)